DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD J. VARGAS,**
Appellant,

v.

**ERICA M. VARGAS,**
Appellee.

No. 4D21-1403

[October 20, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50-2015-DR-012363-XXXX-SB.

Marti Goldstein of Marti Goldstein, P.A., Coral Gables, for appellant.

Michael R. Vines of The Law Office of Michael R. Vines, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***